

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00520-CV

**IN THE INTEREST OF J.C.B.G., K.A.C., K.L.H.,
A.S.R., F.D.R., AND J.A.H.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Delivered and Filed: September 24, 2025

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on June 3, 2025. Therefore, the notice of appeal was due to be filed on June 23, 2025. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on July 8, 2025, within fifteen days after the deadline. *See* TEX. R. APP. P. 26.3. Appellant did not file a motion for extension of time, and appellant did not file her notice of appeal until August 14, 2025. The notice of appeal represents that appellant did not receive timely notice of the judgment, but the record does not show that she sought relief under Rule 306a in the trial court. *See* TEX. R. CIV. P. 306a.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.* Because appellant did not file her notice of appeal within the fifteen-day grace period provided by Rule 26.3, we have no jurisdiction over this appeal. *See id*. We therefore ordered appellant to show cause by September 15, 2025 why this appeal should not be dismissed for lack of jurisdiction. Appellant failed to respond to our order. Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM